IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL LEROY STEWART, JR.,

    Petitioner,                      No. CIV S-03-2670 FCD DAD P

    vs.

D. L. RUNNELS, Warden, et al.,

    Respondents.               ORDER

/

          Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 23, 2007, this court issued findings and recommendations which recommended that petitioner's application be denied.  All parties were advised that they could file objections to the findings and recommendations within thirty days.  On November 1, 2007, petitioner filed a letter to the Clerk of Court in which he requests a copy of his habeas application, which he has lost, in order to proceed with the "next stage" of his "appeal."  Good cause appearing, the Clerk of Court will be directed to send petitioner a copy of his habeas application and petitioner will be granted a 30 day extension of time within which to file his objections to the October 23, 2007 findings and recommendations.  No further extensions of time will be granted for this purpose.

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1.  The Clerk of Court shall send petitioner a copy of his December 29, 2003 application for a writ of habeas corpus at his address of record; and

2.  Petitioner may file objections to the October 23, 2007 findings and recommendations within thirty days from the filed date of this order.  No further extensions of time will be granted.

DATED: December 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
stewart2670.ext