IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL LEROY STEWART, JR.,

    Petitioner,                        No. CIV S-03-2670 FCD DAD P

    vs.

D. L. RUNNELS, Warden, et al.,

    Respondents.                 <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 23, 2007, this court issued findings and recommendations which recommended that petitioner's application be denied. Therein, all parties were advised that they could file objections to the findings and recommendations within thirty days. By order dated December 5, 2007, petitioner was granted a thirty day extension of time to file objections to the findings and recommendations. On January 9, 2008, petitioner filed a request for an extension of time until February 8, 2007 to file objections to the findings and recommendations, explaining that he has not been able to gain access to the prison law library because of a prison lockdown. Good cause appearing, petitioner's request for extension of time will be granted. However, no further extensions of time will be granted for this purpose.

/////

1

On December 6, 2007, petitioner filed a request for an extension of time to file an appeal. Petitioner is advised that he may file a notice of appeal in this court within thirty days after the district court has entered judgment in this case. Judgment has not yet been entered. Accordingly, petitioner's request for an extension of time will be denied as unnecessary.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's December 6, 2007 request for an extension of time to file an appeal is denied as unnecessary; and

2. Petitioner's January 9, 2008 request for an extension of time until February 8, 2008 to file objections to the October 23, 2007 findings and recommendations is granted. No further extensions of time will be granted for this purpose.

DATED: January 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:stewart2670.ext2

2