IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL LEROY STEWART, JR.,

        Petitioner,                  No. CIV S-03-2670 FCD DAD P

    vs.

D. L. RUNNELS, Warden, et al.,

        Respondents.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 4, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

1  court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

3        Petitioner has made a substantial showing of the denial of a constitutional right in
4  the following issue presented in the instant petition: whether petitioner's trial counsel rendered
5  ineffective assistance.

6        Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
7  issued in the present action.

8  DATED: April 23, 2008.

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.